IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 12-00498-KD-C |
| | ) | |
| HAMILTON SMITH, | ) | |
| Defendant. | ) | |

## ORDER

This matter came before the Court on June 2-3, 2014, for a non-jury trial, specifically Phase II, regarding remedies in this case.

In the manner and with the specificity instructed by the Court at trial: 1) on or before **June 17, 2014**, the Government shall file a restoration plan as well as a separate brief addressing the issue of temporal loss; 2) on or before **July 1, 2014**, Smith shall file a restoration plan (to the extent it differs from that proposed by the Government) as well as a separate Response to the Government's temporal loss brief; and 3) on or before **July 8, 2014**, the Government shall file a reply to Smith's plan.

**DONE** and **ORDERED** this the **4th** day of **June 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**