IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|     Plaintiff,                                       ) | |
|                                                             ) | |
| v.                                                            ) | CIVIL ACTION NO. 12-00498-KD-C |
|                                                             ) | |
| HAMILTON SMITH,                               ) | |
|     Defendant.                                    ) | |

**ORDER**

This matter is before the Court on "Plaintiff United States of America's Motion for Clarification and Partial Reconsideration of Order" (Doc. 146) with regard to the Court's July 24, 2014 Phase II Bench Trial Order and temporary restorative injunction (Doc. 145).

Plaintiff moves to correct errors/mistakes, as well as for clarification and reconsideration, under Rules 60(b)(1) and (6) of the Federal Rules of Civil Procedure. Rule 60(b) provides grounds for relief from a final judgment, order, or proceeding as follows: "[o]n motion and just terms, the court may relieve a party or its legal representative from [an]…order…for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect….(6) any other reason that justifies relief." "A district court has the power pursuant to Rule 60(b)…to vacate or set aside a 'final judgment, order, or proceeding' in certain enumerated situations when "such action is appropriate to accomplish justice." Tundell v. Merck & Co., Inc., 2008 WL 2385508, *1 (N.D. Fla. Jun. 9, 2008). Additionally, relief under Rule 60(b)(6) "is an extraordinary remedy which may be invoked only upon a showing of exceptional circumstances." Crapp v. City of Miami Beach, 242 F.3d 1017, 1020 (11th Cir. 2001). Nevertheless, "a motion for reconsideration is not the proper forum for the party to vent dissatisfaction with the Court's

1

reasoning." Madura v. BAC Home Loans Servicing, LP., 2012 WL 3656243, *2 (M.D. Fla. Aug. 23, 2012).

Upon consideration, it is **ORDERED** that Plaintiff's motion (Doc. 146) is **DENIED**; the motion fails to demonstrate exceptional circumstances or a situation where reconsideration is appropriate to accomplish justice. Additionally, as to Plaintiff's request for clarification of the EPA's role, this will be addressed when the Court appoints a monitor.

**DONE** and **ORDERED** this the **5th** day of **August 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**