IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 12-00498-KD-C |
| | : | |
| HAMILTON SMITH, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 4, 2014, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's motion for reimbursement of expenses pursuant to Fed.R.Civ.P. 37(c)(2) (Doc. 117) is **GRANTED in part**, with Plaintiff being awarded reasonable expenses totaling $10,000 rather than the $35,495.00 requested.

**DONE** and **ORDERED** this the **21st** day of **November 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**